UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PASQUALE LONGORDO,

    Plaintiff,                                      Case No. 14-cv-10386
                                                    Hon. Matthew F. Leitman

v.

NCO FINANCIAL SYSTEMS INC.,

    Defendant.
_____/

## STIPULATED ORDER OF DIMISSAL WITH PREJUDICE

This matter having been amicably resolved between the parties and the Court being fully advised;

**IT IS HEREBY ORDERED** that this matter was amicably resolved between the parties; and the above entitled cause of action is dismissed in its entirety with prejudice and without costs to any party.

**This Order resolves all pending claims and closes the case in its entirety.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  November 4, 2014

The undersigned stipulate to entry of the foregoing Order:

| | |
|---|---|
| */s/ Rex C. Anderson* | /s/ *James K.Schultz w/ consent* |
| Rex C. Anderson (P47068) | James K. Schultz |
| Attorney for Plaintiff | Attorney for Defendant |
| Rex Anderson, P.C. | Sessions, Fishman, Nathan, & Israel LLC |
| 9459 Lapeer Rd., Ste 101 | 645 Stonington Lane |
| Davison, MI 48423 | Fort Collins, CO  80525 |
| 810-653-3300 | (970) 223-4420 |
| mied@rexandersonpc.com | jschultz@sessions-law.biz |